JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 909 -- In re Pecious Metals Dealers/Safrabank Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/10/25 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 thru A-13), AFFIDAVIT OF JOEL M. KOZBERG -- Filed by SafraBank; Republic National Bank of New York; Republic New York Investment Corporation; Republic New York Corporation and Vito Portera -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF CALIFORNIA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/Exhibits and cert. of svc. (received 10/24/91) (rh) |
| 91/11/06 | | APPEARANCES -- RICHARD M. HEIMANN, ESQ. for Evelyn T. Sedlacek, Donald Davis, Ray Haberstock, John A. Hutchins, et al. and William Brawner; HAROLD S. YOUNGENTOB, ESQ. for Merchants National Bank; JOHN P. CONNOLLY, ESQ. for Howard F. Naylor, et al.; CHARLES JARVIS MURRAY, ESQ. for K. Dee Bennett, et al., Bille Bowles, Richard W. ?Doughas, et al., Melvin Thomas Graham, et al. and John G. White, etc.; EDGAR C. SMITH, III, ESQ. for Jesse Lama, American Fianancial Reserve Corp. and Sylvia De Pointe; WENDY A. WOLF, ESQ. for Ned Fenton; JOEL M. KOZBERG, ESQ. for Safrabank; JAMES N. BENEDICT, ESQ. for Republic National Bank of New York, Republic New York Investment Corp., Republic New York Corporation and Vito Portera; JAMES V. KOSNETT, ESQ. for National Billion Exchange, Inc., Paul M. Land and Joe Pinto; STEPHEN P. OGGEL, ESQ. for Morgan Whitney Trading Group, Inc.; G. BRANDON WISOFF, ESQ. for First American State Bank, David B. Upham and Evan L. Julber (ds) |
| 91/11/14 | 2 | RESPONSE -- (to pldg. #1) Filed by plft. Evelyn T. Sedlacek -- w/cert. of svc. (sg) |
| 91/11/14 | 3 | RESPONSE/MEMORANDUM -- (to pldg. #1) Filed by plft. Howard F. Naylor. et al. -- w/cert. of svc. (sg) |
| 91/11/14 | 4 | RESPONSE-- (to pldg. #1) -- filed by pltfs. K. Dee Bennett, et al., Billie Bowles, Richard W. Douglas, et al. Melvin Thomas Graham, et al. and John G. White, etc. w/cert, of svc. (ds) |
| 91/11/18 | 5 | JOINDER IN MOTION -- Filed by defts. Ned Fenton & Glen Gregos -- w/cert. of svc. (sg) |
| 91/11/22 | 6 | REPLY MEMORANDUM -- Filed by defts. Safrabank, Republic National Bank of New York, Republic New York Investment Corporation Republic New York Corporation and Vito Portera w/Affadavit of Joel M. Kozberg and Affadavit of Service (kac) |
| 91/11/25 | 7 | RESPONSE/MEMORANDUM (to pldg. #1) -- filed by pltf. Merchants National Bank as conservator for Betty Moore Stowers w/Affidavit of Service, Affidavit of Harold S. Youngentob and exhibits 1 thru 17 (ds) |

JPML FORM 1A

R.2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 909 -- _____

| Date | Pldg. | Pleading Description |
|---|---|---|
| 91/12/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/30 | 8 | NOTICE OF RELATED ACTION -- Bernard Schneider v. Western Trading Group, Ltd., et al., D. Minnesota, C.A. No. 4-91-972 -- with cert. of svc. (kac) |
| 92/01/31 | | HEARING APPEARANCES -- (For Hearing on 1/31/92 in Phoenix, AZ) JOEL M. KOZBERG, ESQ. for SafraBank (California); Ned Fenton and Glen Gregos; JAMES N. BENEDICT, ESQ. for Republic New York Investment Corp.; Republic National Bank of N.Y.; Republic New York Corp. and Vito Portera; RICHARD M. HEIMANN, ESQ. for Evelyn T. Sedlacek; Donald Davis; Ray Haberstock; John A. Hutchins, et al. and William Brawner; CHARLES JARVIS MURRAY, ESQ. for K. Dee Bennett, et al.; Richard W. Douglas, et al.; Melvin Thomas Graham, et al. and John G. White, etc. (rh) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (For Hearing on 1/31/92 in Phoenix, AZ) First American State Bank; David B. Upham; Evan L. Julber; Merchants National Bank, et al.; Howard F. Naylor, et al.; National Bullion Exchange, Inc.; Paul M. Land; Joe Pinto; American Financial Reserve Corp.; Jesse Lama and Sylvia Depointe (rh) |
| 92/02/11 | | ORDER DEFERRING CONSIDERATION OF TRANSFER MOTION -- Notified involved Clerks, Judges, Panel Judges, counsel and misc. recipients. (ds) |
| 92/02/28 | 9 | SUBSEQUENT INFORMATION -- filed by defts. Republic National Bank of New York; Republic New York Investment Corp.; Republic New York Corp.; and Vito Portera -- w/cert. of svc. (bas) |
| 92/02/28 | 10 | NOTIFICATION OF POTENTIAL TAG-ALONG ACTION -- filed by defts. Republic National Bank of New York; Republic New York Investment Corp.; Republic New York Corp.; and Vito Portera (re: June C. Willms v. SafraBank (California), et al., C.D. Illinois, C.A. No. 92-2047) -- w/cert. of svc. (bas) |
| 92/05/21 | 11 | STATUS REPORT PURSUANT TO PANEL ORDER OF APRIL 6, 1992 -- filed by defts. Republic National Bank of New York, Republic New York Investment Corporation, Republic New York Corporation and Vito Portera -- w/Exhibit A and cert. of svc. (kac) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 909 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/04/06 |  | ORDER CONTINUING DEFERRAL OF TRANSFER MOTION -- Notified involved counsel, judges and clerks (rh) |
| 92/05/21 | 11 | STATUS REPORT PURSUANT TO PANEL ORDER OF APRIL 6, 1992 -- filed by defts. Republic National Bank of New York, Republic New York Investment Corporation, Republic New York Corporation and Vito Portera -- w/Exhibit A and cert. of svc. (kac) |
| 92/06/08 | 12 | RESPONSE TO PLDG. #11 -- Filed by pltf. Bernard Schneider w/cert. of svc. (dld) |
| 92/06/09 | 13 | AMENDED MOTION/MEMORANDUM -- filed by defts. SafraBank and Republic National Bank of New York -- amending motion to include A-13 Bernard F. Schneider v. Western Trading Goup, Ltd., et al., D. Minn., C.A. No. 4-91-972 and A-14 June C. Willms v. Safrabank, et al., C.D. Ill., C.A. No. 92-2047 and **Excluding A-1 thru A-6 from motion because of settlement,** w/exhibit A schedule of actions, and Affidavit of svc. -- Notified involved counsel (ds) |
| 92/06/19 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Richmond, Virginia on July 31, 1992 -- Notified involved counsel, judges, and clerks (bas) |
| 92/07/17 | 14 | LETTER -- (Additional Information) (dated 7/17/92) Signed by John P. Connolly counsel for Howard F. Naylor, et al. - (Also Filed in MDL-935; 937 and 941) - w/cert. of svc. (rh) |
| 92/07/27 | 15 | LETTER -- (Recent Developements) Filed by the "Bank Defendants" w/cert. of svc. (Also Filed in MDL-941 Pldg. #16) dld |
| 92/07/31 |  | HEARING APPEARANCES -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- RICHARD M. HEIMANN, ESQ. for Plaintiffs in 10 Central California actions (kac) |
| 92/07/31 |  | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- Howard F. Naylor, Ann E. Naylor and Edward J. Naylor; American Financial Reserve Corporation and Jesse Lama; Plaintiffs in MDL-804 - WHO (kac) |
| 92/09/02 |  | MINUTE ORDER -- DENYING Transfer of litigation. - Notified involved counsel, assigned judges and clerks, hearing clerk and Panel Judges. (dld) |

JPML Form 1

Revised: 8/78

DOCKET NO. 909 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Precious Metals Dealers/Safrabank Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/31/92 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/11/92 | MO | Unpublished | | | |
| | 09/02/92 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 9/2/92

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 909 -- In re Precious Metals Dealers/Safrabank Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Evelyn T. Sedlacek v. Morgan Whitney Trading Group, Inc., et al. | Cal.,C. Lew | 90-5124 | | | | |
| A-2 | Donald Davis v. North American Capital, Inc., et al. | Cal.,C. ~~Ideman~~ Lew | 91-5085 | | | | |
| A-3 | Ray Haberstock v. National Bullion Exchange, Inc., et al. | Cal.,C. ~~Keller~~ Lew | 91-5086 | | | | See pg. #13 - deleting cases from motion - have settled |
| A-4 | John A. Hutchins, et al. v. Western Trading Group, Ltd., et al. | Cal.,C. ~~Tashima~~ Lew | 91-5087 | | | | |
| A-5 | William Brawner v. American Financial Reserve Corporation, et al. | Cal.,C. Lew | 91-5333 | | | | |
| A-6 | Merchants National Bank, etc. v. Safrabank, et al. | Kan. Rogers | 90-4194-R | | | | |
| ✓ A-7 | Howard F. Naylor, et al. v. Jarco Trading Group, Inc., et al. | N.Y.,E. Wexler | 90-3736 | | | | |

DOCKET NO. 909 -- In re Precious Metals Dealers/Safrabank Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| *A-8 | K. Dee Bennett, et al. v. William R. Kennedy, Jr., et al. | Cal.,N. Orrick | 89-2289-WHO | | | | |
| *A-9 | Billie Bowles v. William R. Kennedy, Jr., et al. | Cal.,N. Orrick | 89-90-WHO | | | | |
| *A-10 | Richard W. Douglas, et al. v. William R. Kennedy, Jr., et al. | Cal.,N. Orrick | C89-3148-WHO | | | | |
| *A-11 | Melvin Thomas Graham, et al. v. William R. Kennedy, Jr., et al. | Cal.,N. Orrick | C89-4474-WHO | | | | |
| *A-12 | John G. White, etc. v. William R. Kennedy, Jr., et al. | Cal.,N. Orrick | | | | | Amended motion filed 6/9/92 |
| A-13 | Bernard J. Schneider v. Western Trading Group, Ltd., et al. | Minn. Doty | 4-91-972 | | | | |
| A-14 | June C. Willms v. SafraBank (California), et al. | Ill.,C. Baker | 92-2047 | | | | " " " |

\* Consolidated in MDL-804 in Cal.,N.

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 909 -- In re Precious Metals Dealers/Safrabank Securities Litigation

===================================================

EVELYN T. SEDLACEK (A-1)
DONALD DAVIS (A-2)
RAY HABERSTOCK (A-3)
JOHN A. HUTCHINS, ET AL. (A-4)
WILLIAM BRAWNER (A-5)
Richard M. Heimann, Esq.
Lieff, Cabraser & Heimann
275 Battery St., 30th Fl.
San Francisco, CA  94111

MERCHANTS NATIONAL BANK (A-6)
Harold S. Youngentob, Esq.
Goodell, Stratton, Edmonds & Palmer
515 Kansas Avenue
Topeka, KS  66603

HOWARD F. NAYLOR, ET AL. (A-7)
John P. Connolly, Esq.
218 North Lee Street
Suite 314
Alexandria, VA  22314

K. DEE BENNETT, ET AL. (A-8)
RICHARD W. DOUGLAS, ET AL. (A-10)
MELVIN THOMAS GRAHAM, ET AL.(A-11)
JOHN G. WHITE, ETC. (A-12)
Charles Jarvis Murray
Pier 9
San Francisco, CA  94111

BILLIE BOWLES (A-9)
Richard T. Bowles, Esq.
Bowles & Verna
2121 No. California Blvd., Suite 875
Walnut Creek, CA  94596

JESSE LAMA
AMERICAN FIANACIAL RESERVE
 CORPORATION
SYLVIA DE POINTE
Edgar C. Smith, III, Esq.
400 Benninghoff Law Building
31411 Camino Capistrano
San Juan Capistrano, CA  92675

NED FENTON
Wendy A. Wolf, Esq.
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067

SAFRABANK (CALIFORNIA)
Joel M. Kozberg, Esq.
Stroock & Stroock & Lavan
2029 Century Park East
Suite 1800
Los Angeles, CA  90067

REPUBLIC NATIONAL BANK
 OF NEW YORK
REPUBLIC NEW YORK INVESTMENT
 CORPORATION
REPUBLIC NEW YORK CORPORATION
VITO PORTERA
James N. Benedict, Esq.
Rogers & Wells
200 Park Avenue, 58th Fl.
New York, NY  10166

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.0

DOCKET NO. 909 -- In re Precious Metals Dealers/Safrabank Securities Litigation

=================================================================

NATIONAL BULLION EXCHANGE, INC.
PAUL M. LAND
JOE PINTO
James V. Kosnett, Esq.
Kosnett, Durchfort & Stogo
275 South Beverly Drive
Suite 200
Beverly Hills, CA  90212

MORGAN WHITNEY TRADING GROUP, INC.
Stephen P. Oggel, Esq.
Lorenz, Alhadelf, Lundin & Oggel
550 West "C" Street, 19th Fl.
San Deigo, CA  92101

FIRST AMERICAN STATE BANK
DAVID B. UPHAM
EVAN L. JULBER
G. Brandon Wisoff, Esq.
Farella, Braun & Martel
235 Montgomery St., Suite 3000
San Francisco, CA  94104

THOMAS F. EDWARDS, JR.
(No app. rec'd)
Mr. Thomas F. Edwards, Jr.
11902 South Beach Club Way
Malibu, CA  90265-9722

THOMAS F. EDWARDS, III
(No app. rec'd)
Mr. Thomas F. Edwards, III
2940 Neilson Way, No. 403
Santa Monica, CA  90405

DEREK S. SHERMAN
RICHARD ALBANO
(No. app. rec'd)
Derek Sherman          *clerk ret.*
Richard Albano
c/o Reese & Richards
12655 Washington Blvd., Suite 205
Los Angeles, CA  90066

Kathleen Russell
(No app. rec'd)
Ms. Kathleen Russell
11902 South Beach Club Way
Malibu, CA  90265

NORTH AMERICAN CAPITAL, INC.
JAMES M. JOFFE
ROBERT FLAXMAN
(No app. rec'd)
North Amrican Capital Corp.
50 North La Cienega aBlvd.
Suite 2200
Beverly Hills, CA  90211

ROBERT FIGARO
(No app. rec'd)
National Bullion Exchange
14724 Ventura Boulevard
Suite 1115
Sherman Oaks, CA  91403

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.1

DOCKET NO. 909 -- In re Precious Metals Dealers/Safrabank Securities Litigation

================================================================

GLEN GREGOS
NED J. FENTON
**(No app. rec'd)**
S. Thomas Pollack, Esq.
Wendy A. Wolf, Esq.
Irell & Manella
Suite 900
1800 Avenue of the Stars
Los Angeles, CA  90067

JON A. GENTILE
SAM KINGSFIELD
RON GORMAN
JOE MILLER
WESTERN TRADING GROUP
**(No app. rec'd)**
Western Trading Group
2029 Century Park East
Suite 3550
Los Angeles, CA  90067

JARCO TRADING GROUP, INC.
**(No app. rec'd)**
Jarco Trading Group, Inc.
4521 Campus Drive
Suite 546
Irvine, CA

JOHN RAMOS
**(No app. rec'd)**
Joseph Scarpello, Esq.
Jensen & Scarpello
500 North State College
Suite 1050
Orange, CA  92680

WILLIAM R. KENNEDY
DEBORAH L. KENNEDY
**(No app. rec'd)**
Michael McDonnell, Esq.
Brown, Avanitis & McDonnell
401 B Street, Suite 900
San Diego, CA  92101

William and Deborah Kennedy
4420 Hotel Circle South
Suite 300
San Deigo, CA  92108

LARRY BROWKAW
**(No app. rec'd)**
Larry Brokaw
P.O. Box 82184
Las Vegas, NV  89180

BERNARD F. SCHNEIDER (A-13)
(No app. rec'd)
Kelley R. Lorix, Esq.
Lambert & Boeder
1000 Superior Blvd.
Wayzata, MN  55391

MIKE JOHNSON
(No app. rec'd)
Cindy J. Larson, Esq.
Best & Flanagan
3500 IDS Center
80 S. 8th Street
Minneapolis, MN  55402

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 909 -- In re Precious Metals Dealers/Safrabank Securities Litigation

==================================================================

Eric G. Lipoff, Esq.
Raring & Lipoff
4400 MacArthur Blvd.
5th Floor
Newport Beach, CA  92660

JUNE WILLMS (A-14)
James A. McGurk, Esq.
Bell & McGurk, Ltd.
Suite 800
140 S. Dearborn Street
Chicago, IL  60603-5256

GARY PEARLMAN
(No app. rec'd)
Edgar C. Smith, III, Esq.
(address listed on page 1)

**UNABLE TO DETERMINE COUNSEL OR ADDRESS FOR THE DEFENDANTS LISTED BELOW**

MARTI CONSTANTINO a/k/a MARTI ALLEN
SAFRACORP CALIFORNIA
SABAN, S.A.
EDMOND J. SAFRA
BOB MARINO
THOMAS PORTER
CONSERVATIVE DIGEST, INC.

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 909 -- In re Precious Metals Dealers/Safrabank Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Morgan Whitney Trading Group, Inc. also doing business as Date International | A-1 |
| Thomas F. Edwards, Jr. | A-1 |
| Thomas F. Edwards, III | A-1 |
| Derek S. Sherman | A-1 |
| Richard Albano a/k/a Richard White | A-1 |
| Marti Constantino a/k/a Marti Allen | A-1 |
| Kathleen Russell a/k/a K.A. Russell | A-1 |
| SafraBank | A-1, A-2, A-4, A-5, A-6, A-7, A-8, A-9, A-12, A-13, A-14 |
| Ned J. Fenton | A-1, A-2, A-4, A-3 |
| Safracorp California | A-1, A-2, A-3, A-4, A-5, A-13 |
| Republic New York Investment Corporation | A-1, A-2, A-3, A-4, A-5 |

p. 2

| | |
|---|---|
| Republic National Bank of New York Corporation | A-1, A-2, A-3, A-4, A-5, A-14 |
| Saban S.A. | A-1, A-2, A-3, A-4, A-5 |
| Vito S. Portera | A-1, A-2, A-3, A-4, A-5 |
| Edmond J. Safra | A-1, A-2, A-3, A-4, A-5 |
| North American Capital, Inc. | A-2 |
| James M. Joffe | A-2 |
| Robert Flaxman | A-2 |
| National Bullion Exchange, Inc. | A-3 |
| Paul M. Land | A-3 |
| Robert Figaro | A-3 |
| Ned J. Fenton | A-1, A-2, A-3, A-4, A-5, A-10, A-11 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 909 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Western Trading Group, Ltd. | A-4, A-13 |
| Jon A. Gentile | A-4, A-13 |
| Ron Gorman | A-4 |
| Sam Kingsfield | A-4, A-13 |
| Joe Miller | A-4, A-13 |
| American Financial Reserve Corp. f/k/a Newport Beach First Financial Group, Inc. | A-5, A-6, A-14 |
| Jesse Lama | A-5, A-6 |
| Bob Marino | A-5 |
| Thomas Porter | A-5 |
| Jarco Trading Group, Inc. | A-6 |
| John Ramos | A-7 |

p. 4

| Name | Schedules |
|---|---|
| William R. Kennedy, Jr. | A-8, A-9, A-10, A-11, A-12 |
| Deborah L. Kennedy | A-8, A-9, A-10, A-11, A-12 |
| Conservative Digest Inc. | A-10 |
| First American State Bank | A-8, A-10, A-11 |
| David Upham | A-10, A-11 |
| Evan L. Julber | A-10, A-11 |
| Glen A. Gregos | A-12, A-14 |
| Joe Binto | A-3 |
| Republic New York Corporation | A-1, A-2, A-3, A-4, A-5 |
| Sylvia DeBointe | A-6 |
| Larry Brokaw | A-8 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 909 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mike Johnson | A-13 |
| Gary Pearlman | A-14 |
| Sanjay Kohle | A-14 |
| Jessi Lama | A-14 |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 3

p. 5