

DOCKET NO. 909

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PRECIOUS METALS DEALERS/SAFRABANK SECURITIES LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD,* ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

ORDER DEFERRING CONSIDERATION OF TRANSFER MOTION

    Presently before the Panel is a motion under 28 U.S.C. §1407 by SafraBank California, Republic National Bank of New York, Republic New York Investment Corp., Republic New York Corp. and Vito Portera to centralize the twelve actions listed on the attached Schedule A. At the January 31, 1992 hearing on this motion, argument did not reach the merits of transfer because movants i) represented that preliminary settlements have been reached in ten of the twelve actions before the Panel, including one that would be global in scope, and ii) requested that the Panel defer consideration of the 1407 transfer motion in order to allow the parties to further develop the settlement opportunities. All other parties at the hearing concurred with this approach.

    IT IS THEREFORE ORDERED that consideration of this 1407 motion be deferred until further order.

    IT IS FURTHER ORDERED that movants provide a status report to the Panel by February 28, 1992. Any party wishing to respond to this report is ORDERED to do so by March 6, 1992. The parties are reminded that, pursuant to R.P.J.P.M.L. 11(e), 120 F.R.D. 251, 258 (1988), they are required to notify the Clerk of the Panel of any development that would partially or completely moot the matter before the Panel.

FOR THE PANEL:

John F. Nangle
Chairman

---

* Judge Woodward took no part in the decision of this matter.

# SCHEDULE A

## *MDL-909 -- In re Precious Metals Dealers/Safrabank Securities Litigation*

### Central District of California

*Evelyn T. Sedlacek v. Morgan Whitney Trading Group, Inc., et al.*, C.A. No. 90-5124
*Donald Davis v. North American Capital, Inc., et al.*, C.A. No. 91-5085
*Ray Haberstock v. National Bullion Exchange, Inc., et al.*, C.A. No. 91-5086
*John A. Hutchins, et al. v. Western Trading Group, Ltd., et al.*, C.A. No. 91-5087
*William Brawner v. American Financial Reserve Corporation, et al.*, C.A. No. 91-5333

### Northern District of California

*K. Dee Bennett, et al. v. William R. Kennedy, Jr., et al.*, C.A. No. C89-2289-WHO
*Billie Bowles v. William R. Kennedy, Jr., et al.*, C.A. No. C89-90-WHO
*Richard W. Douglas, et al. v. William R. Kennedy, Jr., et al.*, C.A. No. C89-3148-WHO
*Melvin Thomas Graham, et al. v. William R. Kennedy, Jr., et al.*, C.A. No. C89-4474-WHO
*John G. White, etc. v. William R. Kennedy, Jr., et al.*, C.A. No. (Unknown at this time)

### District of Kansas

*Merchants National Bank, etc. v. Safrabank, et al.*, C.A. No. 90-4194-R

### Eastern District of New York

*Howard F. Naylor, et al. v. Jarco Trading Group, Inc., et al.*, C.A. No. 90-3736

DOCKET NO. 909

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PRECIOUS METALS DEALERS/SAFRABANK SECURITIES LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

ORDER CONTINUING DEFERRAL OF TRANSFER MOTION

Before the Panel is a motion under 28 U.S.C. §1407 by SafraBank California, Republic National Bank of New York, Republic New York Investment Corp., Republic New York Corp. and Vito Portera to centralize the twelve actions listed on the attached Schedule A. At the January 31, 1992 hearing on this motion, argument did not reach the merits of transfer because movants represented that a settlement was likely and requested that the Panel defer consideration of the 1407 transfer motion in order to allow the parties to further develop the settlement opportunities. All other parties at the hearing concurred with this approach. By order dated February 11, 1992, we deferred consideration of this matter until further order, and requested that movants provide a status report.

After review of the status report, we are persuaded to continue to defer consideration of this 1407 motion. Movants reported 1) that a settlement agreement with the plaintiff classes in the five actions pending in the Central District of California as well as with the individual plaintiffs in several actions pending in other districts had been executed on February 13, 1992 and preliminarily approved by the presiding judge in the Central California actions; and 2) that a settlement class has been preliminarily certified. All requests for exclusion from the settlement class must be received by the settlement administrator no later than April 9, 1992; a final fairness hearing is scheduled for May 18, 1992.

IT IS THEREFORE ORDERED that consideration of this 1407 motion be deferred until further order.

IT IS FURTHER ORDERED that movants provide a status report to the Panel by May 20, 1992. Any party wishing to respond to this report is ORDERED to do so by May 26, 1992. The parties are reminded that, pursuant to R.P.J.P.M.L. 11(e), 120 F.R.D. 251, 258 (1988), they are required to notify the Clerk of the Panel of any development that would partially or completely moot the matter before the Panel.

FOR THE PANEL:

John F. Nangle
Chairman

# SCHEDULE A

## *MDL-909 -- In re Precious Metals Dealers/Safrabank Securities Litigation*

### Central District of California

*Evelyn T. Sedlacek v. Morgan Whitney Trading Group, Inc., et al.*, C.A. No. 90-5124
*Donald Davis v. North American Capital, Inc., et al.*, C.A. No. 91-5085
*Ray Haberstock v. National Bullion Exchange, Inc., et al.*, C.A. No. 91-5086
*John A. Hutchins, et al. v. Western Trading Group, Ltd., et al.*, C.A. No. 91-5087
*William Brawner v. American Financial Reserve Corporation, et al.*, C.A. No. 91-5333

### Northern District of California

*K. Dee Bennett, et al. v. William R. Kennedy, Jr., et al.*, C.A. No. C89-2289-WHO
*Billie Bowles v. William R. Kennedy, Jr., et al.*, C.A. No. C89-90-WHO
*Richard W. Douglas, et al. v. William R. Kennedy, Jr., et al.*, C.A. No. C89-3148-WHO
*Melvin Thomas Graham, et al. v. William R. Kennedy, Jr., et al.*, C.A. No. C89-4474-WHO
*John G. White, etc. v. William R. Kennedy, Jr., et al.*, C.A. No. (Unknown at this time)

### District of Kansas

*Merchants National Bank, etc. v. Safrabank, et al.*, C.A. No. 90-4194-R

### Eastern District of New York

*Howard F. Naylor, et al. v. Jarco Trading Group, Inc., et al.*, C.A. No. 90-3736

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP -2 92

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 909

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PRECIOUS METALS DEALERS/SAFRABANK SECURITIES LITIGATION*

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN,[*] MILTON POLLACK, LOUIS H. POLLAK, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

### ORDER DEEMING MOTION WITHDRAWN

This matter is before the Panel on the amended motion of SafraBank California and several other financing defendants to centralize the actions on the attached Schedule A, pursuant to 28 U.S.C. §1407, in either the Eastern or Southern District of New York for coordinated or consolidated pretrial proceedings. On July 24, 1992, movants notified the Panel that i) six of the eight actions on its motion, including the five actions in MDL-804—*In re Western Monetary Consultants, Inc. Securities Litigation*, have been settled; and ii) at least one of the two remaining actions should be resolved without further litigation. Accordingly, movants ask that their Section 1407 motion be deemed withdrawn.

IT IS THEREFORE ORDERED that movants' request to withdraw their Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

*John F. Nangle*
John F. Nangle
Chairman

---

[*] Judge Dillin took no part in the decision of this matter.

SCHEDULE A

MDL-909 -- In re Precious Metals Dealers/Safrabank Securities Litigation

### Eastern District of New York

Howard F. Naylor, et al. v. Jarco Trading Group, Inc., et al.
   C.A. No. 0:90-3736

### District of Minnesota

Bernard F. Schneider v. Western Trading Group, Ltd., et al.
   C.A. No. 4:91-972

### Central District of Illinois

June C. Willms v. SafraBank (California), et al.,
   C.A. No. 2:92-2047

### Northern District of California

K. Dee Bennett, et al. v. William R. Kennedy, Jr., et al.,
      C.A. No. 3:89-2289
Billie Bowles v. William R. Kennedy, Jr., et al.,
      C.A. No. 3:89-90
Richard W. Douglas, et al. v. William R. Kennedy, Jr., et al.,
      C.A. No. 3:89-3148
Melvin Thomas Graham, et al. v. William R. Kennedy, Jr., et al.,
      C.A. No. 3:89-4474
John G. White, etc. v. William R. Kennedy, Jr., et al.,
      C.A. No.